ORIGINAL

Case No. 4:14-CR-001-Y

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender: _____

Last known residence: _____

Usual place of abode *(if different from residence address)*: _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

## PROOF OF SERVICE

This summons was received by me on *(date)* _____.

☐ I personally served the summons on this defendant _____ at *(place)* _____ on *(date)* _____ ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☒ I delivered a copy of the summons to *(name of individual)* **via email**, who is authorized to receive service of process on behalf of *(name of organization)* **Peter Fleury Attorney for defendant** on *(date)* **Jan. 17, 2014** and I mailed a copy to the organization's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date returned: **Jan 17 2014**

Server's signature

**M. Thom - Legal Assist**
*Printed name and title*

Remarks:

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 21 2014  3:46
CLERK, U.S. DISTRICT COURT
By _____ Deputy

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| TROY BELVIN (01) | ) Case No. 4:14-CR-001-Y |
| | ) |
| Defendant | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☑ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: Eldon B. Mahon Courthouse<br>501 W. 10th Street, 5th Floor<br>Fort Worth, Texas 76102 | Courtroom No.: |
|---|---|
| | Date and Time: 01/21/2014 @ 2:15 pm |

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(4)(B) and 2252(b)(2)   Possession of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct

Date: 1-17-14

Clerk U.S. District Court

_Issuing officer's signature_

_Printed name and title_

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons            ☐ Returned this summons unexecuted

Date: _____

_Server's signature_

_Printed name and title_